## UNITED STATES *versus* GABRIEL GODFROY, SR.

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea, jury trial, verdict \*p. 459; (2) sentence \*p. 478.

PAPERS IN FILE: (1) Indictment; (2) venire facias and return; (3) report to treasurer of fines imposed.

*Office Docket,* MS p. 31, c. 73.

## UNITED STATES *versus* RICHARD SMYTH

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea, jury trial, verdict \*p. 459; (2) sentence \*p. 478.

PAPERS IN FILE: (1) Warrant for arrest; (2) recognizance to appear; (3) indictment; (4) capias and return; (5) subpoena.

## UNITED STATES *versus* ALEXANDER T. E. VIDAL

JOURNAL ENTRIES (1815): *Journal 2:* (1) Appearance \*p. 460; (2) nolle prosequi, judgment \*p. 487.

PAPERS IN FILE: (1) Indictment; (2) capias sur indictment.